# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| LERVOLTIS LUCKETT, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| | Case No.: 08-cv-449-slc |
| v. | |
| PETER HUIBREGTSE, Warden, NURSE MORA, ELLEN RAY, Examiner, NURSE AMY and DR. COX, | |
| Respondents. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____           _____10/29/08_____
**by Deputy Clerk**                                                                     Date